Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
(561) 826-5477
(561) 961-5684 (Fax)
mgreenwald@gdrlawfirm.com

Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
(512) 803-1578
(561) 961-5684 (Fax)
aradbil@gdrlawfirm.com

Class Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Knapper, *on behalf of herself and others similarly situated*, | ) )  Case No. 2:17-cv-00913-SPL ) |
| Plaintiff, | ) **NOTICE OF CLASS ACTION** ) **SETTLEMENT** |
| v. | ) ) |
| Cox Communications, Inc., | ) ) |
| Defendant. | ) ) |

Plaintiff Joanne Knapper and Defendant Cox Communications, Inc. (the "Parties") jointly notify this Court that they have reached an agreement in principle to settle this matter. To that end, the Parties respectfully request that this Court vacate all case deadlines, deny all pending motions as moot, and provide the Parties with thirty days to memorialize the terms of their settlement agreement, establish a class action notice and administration

1

plan, and for Ms. Knapper, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, to file her unopposed motion for preliminary approval of the class action settlement.

WHEREFORE, the Parties respectfully request that this Court vacate all case deadlines, deny all pending motions as moot, and provide them with thirty days—until June 6, 2019—to finalize their class action settlement agreement and for Ms. Knapper to file her unopposed motion for preliminary approval of the class action settlement.

Dated: May 7, 2019              Respectfully submitted,

/s/ Michael L. Greenwald
Michael L. Greenwald (*pro hac vice*)
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC

*Class Counsel*

/s/ Petrina A. McDaniel
Petrina A. McDaniel (*pro hac vice*)
Keshia W. Lipscomb (*pro hac vice*)
Squire Patton Boggs (US) LLP
1372 Peachtree Street NW
Atlanta, Georgia 30309
(678) 272-3207
(678) 272-3211 (Fax)
petrina.mcdaniel@squirepb.com
keshia.lipscomb@squirepb.com

*Counsel for Cox Communications, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 7, 2019, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to all counsel of record.

/s/ Michael L. Greenwald
Michael L. Greenwald

2