IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Knapper, | No.  CV-17-00913-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Cox Communications Incorporated , | |
| Defendant. | |

Pending before the Court is the parties' Motion for Reconsideration (Doc. 110), in which the parties request the Court reconsider its May 7, 2019 Order (Doc. 109).  Good cause appearing,

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 110) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall file a motion for preliminary approval of the settlement no later than **June 6, 2019**.

Dated this 13th day of May, 2019.

Honorable Steven P. Logan
United States District Judge