IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Knapper,<br><br>          Plaintiff,<br><br>vs.<br><br>Cox Communications Incorporated,<br><br>          Defendant. | No. CV-17-00913-PHX-SPL<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension (Doc. 113). Good cause appearing,

**IT IS ORDERED** that the Joint Stipulation for Extension (Doc. 113) is **granted**. The parties shall file a motion for preliminary approval of the settlement no later than **June 20, 2019**.

Dated this 7th day of June, 2019.

Honorable Steven P. Logan
United States District Judge