# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Knapper,<br><br>    Plaintiff,<br><br>v.<br><br>Cox Communications Incorporated,<br><br>    Defendant. | NO. CV-17-00913-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 13, 2019, Plaintiff's Amended Complaint is hereby dismissed with prejudice without costs to any party, except as provided in the settlement agreement.

              Brian D. Karth
              District Court Executive/Clerk of Court

December 20, 2019

           By  s/ Michelle Sanders
               Deputy Clerk